# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

MEMO ENDORSED

February 4, 2020

**By ECF**

Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Cesar Orlando Rossis-Pascal
19 Cr. 917 (RA)

---

Application granted. The conference is adjourned to March 5, 2020 at 3:30 p.m. Time is excluded to March 5, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 5, 2020

---

Dear Judge Abrams:

With the consent of the Government, I write to respectfully request a 30-day adjournment of the status conference presently scheduled for February 7, 2020 in the above-mentioned case. There have been no prior requests to adjourn any conference in this case. An adjournment would allow the defense to continue reviewing discovery and enable the parties to make efforts toward a pre-trial resolution.

We request that the time between February 7, 2020 and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it will allow the defense to prepare and allow the government and defense counsel to undertake discussions regarding a possible disposition in the matter.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender

CC: AUSA David Robles

---

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/20