# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 26, 2020

**By ECF**

Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Cesar Orlando Rossis-Pascal
19 Cr. 917 (RA)

Dear Judge Abrams:

> Application granted. The conference is adjourned to March 26, 2020 at 11:30 a.m. Time is excluded until March 26, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> February 26, 2020

With the consent of the Government, I write to respectfully request a two-week adjournment of the status conference presently scheduled for March 5, 2020 in the above-mentioned case. There has been one prior request to adjourn a conference in this case, which was granted. An adjournment would allow the defense time to make an informed decision about a pre-trial resolution of this case.

We request that the time between March 5, 2020 and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it will allow the defense time to consider a possible disposition of the matter.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender

CC: AUSA David Robles

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/20