USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CESAR ORLANDO ROSSIS PASCAL,

Defendant.

No. 19-CR-917 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Government shall contact the Arraignment Unit and schedule a time on the morning of April 3, 2020 for Mr. Rossis-Pascal's plea allocution.

The sentence will be held before the Honorable Jed S. Rakoff, presiding over Part I, on April 3, 2020 at 12:00 p.m. in Courtroom 23B at 500 Pearl Street. The Court waives the issuance of a Presentence Investigative Report. The parties shall file their sentencing submissions by March 27, 2020, any replies by April 1, 2020, and shall send electronic courtesy copies to both my and Judge Rakoff's Chambers.

Time is excluded until April 3, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(a).

The Clerk of Court shall terminate the letter motion at Document #13.

SO ORDERED.

Dated: March 26, 2020
New York, New York

Ronnie Abrams
United States District Judge