UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CESAR ORLANDO ROSSIS PASCAL, <br><br> Defendant. |

19-cr-917 (RA)

ORDER

JED S. RAKOFF, U.S.D.J.

At the request of the parties, the hearing scheduled for noon on April 3, 2020 in the above-captioned case will go forward in court in contemplation of the defendant entering a plea of guilty, to be followed by immediate sentencing. Because Judge Abrams will be absent from the courthouse, the plea and sentencing will, at her request, be handled by the Part I Judge, Judge Rakoff. The Marshals are therefore directed to produce defendant Cesar Orlando Rossis-Pascal for sentencing at 12:00 pm on April 3, 2020 in Courtroom 23B at 500 Pearl Street.

SO ORDERED.

Dated: New York, NY

March 27, 2020

_____
United States District Judge
Jed S. Rakoff (Part I)

1