UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

vs.

Cesar Orlando Rossis-Pascal

---

ORDER

19  CR 917

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Cesar Orlando Rossis-Pascal

, Reg # ( 87503 ) -054, be released from custody, subject to previously applicable bail conditions. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge  [Part I]

4/7/2020
Date